# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GREGORY ROBERT ROLAND,**

    **Plaintiff,**

v.                        **CASE NO. 1:13-cv-124-MW/GRJ**

**JERRY MILLER, et al.,**

    **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed July 1, 2013, along with the request for compensation, ECF No. 5, filed July 8, 2013, which this Court shall consider as an objection to the report and recommendation.

Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's request for compensation, ECF No. 5, and motion for leave to proceed *in forma pauperis*, ECF

1

No. 2, are **DENIED**. This case is **dismissed with prejudice** to 28 U.S.C. §1915(g) because Plaintiff has three strikes." The Clerk shall close the file.

SO ORDERED on July 18, 2013.

s/Mark E. Walker  
United States District Judge