# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GREGORY ROBERT ROLAND,**

    **Plaintiff,**

v.                          **CASE NO. 1:13-cv-124-MW/GRJ**

**JERRY MILLER, et al.,**

    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Plaintiff's Notice of Objections/Civil, ECF No. 8, filed July 19, 2013, after the entry of the Court's Order Accepting and Adopting Report and Recommendation, ECF No. 18, on July 18, 2013. Upon consideration,

IT IS ORDERED:

The Order Accepting and Adopting Report and Recommendation, ECF No. 6, and the Clerk's Judgment, ECF No. 7, entered July 18, 2013, are hereby **set aside.** The Court having considered the magistrate's report and recommendation, ECF No. 4, having reviewed *de nova* Plaintiff's objections, along with Plaintiff's request for compensation, ECF No. 5, filed July 8, 2013, which this Court

1

considers as an objection to the report and recommendation, **accepts and adopts** the Magistrate's report and recommendation as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's request for compensation, ECF No. 5, and motion for leave to proceed *in forma pauperis*, ECF No. 2, are **DENIED.** This cause is **DISMISSED with prejudice** pursuant to 28 U.S.C. §1915(g) because Plaintiff has three strikes." The Clerk shall close the file.

**SO ORDERED on July 22, 2013.**

**s/Mark E. Walker**
**United States District Judge**